1  JOHN F. BAUM (SBN 148366)
   MONTE GRIX (SBN 241050)
2  HIRSCHFELD KRAEMER LLP
   505 Montgomery Street 13th Floor
3  San Francisco, CA  94111
   Telephone:  (415) 835-9000
4  Facsimile:  (415) 834-0443

5  Attorneys for Defendant
   RACK ROOM SHOES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED HOQUE,<br><br>    Plaintiff,<br><br>vs.<br><br>RACK ROOM SHOES, INC.,<br><br>    Defendant. | Case No. 17-cv-00122-MEJ<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>United States Magistrate Judge Maria-Elena James<br><br>Complaint Filed:  October 31, 2016, 2016 |

IT IS HEREBY STIPULATED AND AGREED that the above-captioned action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Procedure 41(a)(1)(A)(ii).  Each party to bear its own fees and costs.

Dated:     May 19, 2017          HIRSCHFELD KRAEMER LLP


                                 By:  */s/ John F. Baum*
                                    John F. Baum
                                    Monte K. Grix
                                    Attorneys for Defendant
                                    RACK ROOM SHOES, INC.

Dated:     May 19, 2017          JACHIMOWICZ POINTER


                                 By:  */s/ Joel P. Waelty*
                                    Joel P. Waelty
                                    Attorneys for Plaintiff
                                    MOHAMMED HOQUE

1 | Clerk shall close the file.
2 | IT IS SO ORDERED.
3 |
4 | Dated: __May 19, 2017__, 2017   _____
5 | Maria-Elena James
  | United States Magistrate Judge

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO